MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
JASON M. JULIAN (State Bar No. 215342)
jmj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| ERNESTO S. PURUGANAN and ISABELITA G. PURUGANAN,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:12-cv-05168-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER THEREON**<br><br>Dept.: Ctrm 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong<br>Complaint Date: October 4, 2012<br>Trial Date: None set |

Plaintiffs ERNESTO S. PURUGANAN and ISABELITA G. PURUGANAN ("Plaintiffs"), and defendants HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES; and MORTGAGE ELECTRONIC REGISTRATION

1  SYSTEMS, INC.("Defendants"), by and through their respective counsel, hereby STIPULATE
2  AND AGREE as follows ("Stipulation"):

3      1.    Plaintiffs and Defendants (collectively referred to herein as the "Parties") wish to
4  evaluate potential resolution of this case without further litigation. In order to allow sufficient
5  time to explore such options, the Parties agree that certain steps must be taken.

6      2.    On or before January 7, 2013, Plaintiffs shall complete and return the financial
7  information package provided by Defendants ("Financial Information Package"). Any additional
8  information requested by Defendants in relation to the Financial Information Package (after it has
9  been submitted) shall be provided by Plaintiffs within fifteen (15) days of such request by
10 Defendants.

11     3.    In anticipation of the foregoing steps being taken by Plaintiffs, Defendants shall
12 stay the foreclosure of that certain Deed of Trust, secured by the Subject Property, recorded of
13 August 19, 2005, as Instrument No. DC-2005-0313410 in the official records Contra Costa
14 County, during the resolution evaluation process (the "Stay Period"). Defendants shall have sole
15 authority to determine when the resolution evaluation process is completed. After the resolution
16 evaluation process is either completed, or if Plaintiffs fail to comply with the requirements listed
17 above, Defendants may terminate the Stay Period, effective fifteen (15) days after Defendants'
18 written notice of such termination to Plaintiffs.

19     4.    Defendants expressly reserve all rights to proceed with foreclosure on the Deed of
20 Trust after the termination of the Stay Period.

21     5.    During the Stay Period, Plaintiffs will not seek a temporary restraining order or
22 preliminary injunction against Defendants to stop foreclosure on the Deed of Trust. Defendants
23 reserve all rights to seek a temporary restraining order and preliminary injunction against
24 Defendants after the termination of the Stay Period.

25     6.    Defendants have filed a Motion to Dismiss the above-captioned lawsuit, and the
26 Court is currently holding the Motion to Dismiss in abeyance pending the Parties evaluation of

potential resolution. The Parties agree that upon termination of the Stay Period, Defendants may immediately re-notice hearing on the Motion to Dismiss.

IT IS SO STIPULATED.

DATED: December 13, 2012

SEVERSON & WERSON
A Professional Corporation

By: _____
Jason M. Julian

Attorneys for Defendants
HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

DATED: December 13, 2012

BUSINESS AFFAIRS CONSULTANTS INC. ALC

By: _____
Christopher P. Epsha

Attorneys for Plaintiffs
ERNESTO S. PURUGANAN and ISABELITA G. PURUGANAN,

## [PROPOSED] ORDER

Upon reading the foregoing Stipulation, and good cause appearing therefor, IT IS SO ORDERED.

12/18/12

_____
HON. SAUNDRA BROWN ARMSTRONG
DISTRICT COURT JUDGE