UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERNESTO S. PURUGANAN and ISABELITA G. PURUGANAN,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1 through 100,<br><br>Defendants. | Case No: C 12-5168 SBA<br><br>**ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS**<br><br>Dkt. 26 |

IT IS HEREBY ORDERED THAT, in view of the stipulated stay of proceedings (Dkt. 26), Defendants' motion to dismiss (Dkt. 21) shall be terminated on the Court's docket.  In the event the parties are unable to settle their dispute and Defendants provide written notice to terminate the stay to Plaintiffs and the Court, Defendants shall refile and renotice their motion to dismiss within two days of filing such notice.  Briefing on the motion shall be in accordance with Civil Local Rule 7-3.  Pursuant to Federal Rule of Civil Procedure 78(b), the Court may resolve the motion without oral argument.  The parties are advised the check the Court's website to determine whether an appearance on the motion is required.

IT IS SO ORDERED.

Dated: January 3, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge